AGNES O'LEARY, as Administratrix of the Estate of TIMOTHY O'LEARY, Deceased, Appellant, v. THE ACME ENGINEERING AND CONSTRUCTION COMPANY, Respondent.

*O'Leary* v. *Acme Engineering & Construction Co.*, 151 App. Div. 947, affirmed.
(Argued October 21, 1914; decided December 1, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered August 2, 1912, which affirmed a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negleigence of defendant, his employer.

*William Dewey Loucks* for appellant.

*A. H. Cowie* for respondent.

Judgment affirmed, with costs; no opiniou.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.